**Dismissed as Moot and Memorandum Opinion filed February 28, 2023.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-21-00452-CV

---

### ZHILI "JENNY"  ZHAO, Appellant

### V.

### YUE "MARK" WANG, Appellee

---

**On Appeal from the 295th District Court
Harris County, Texas
Trial Court Cause No. 2019-49317**

---

# M E M O R A N D U M   O P I N I O N

This is an interlocutory appeal from an order denying a motion to compel arbitration filed by appellant/defendant Zhili "Jenny" Zhao. *See* Tex. Civ. Prac. & Rem. Code Ann. § 171.098(a)(1). After this appeal was perfected, plaintiff Yue "Mark" Wang and defendant Zhili "Jenny" Zhao filed a joint notice of nonsuit with prejudice in the trial court. In that notice, all parties in the trial court agreed that the case should be nonsuited with prejudice. The trial court signed an "Order of Dismissal With Prejudice" in which the court dismissed the case with prejudice.

Rule 162 of the Texas Rules of Civil Procedure provides that "[a]t any time before the plaintiff has introduced all of his evidence other than rebuttal evidence, the plaintiff may dismiss a case, or take a non-suit, which shall be entered in the minutes." Tex. R. Civ. P. 162. As a consequence of the trial court's dismissal with prejudice of this case, the claims that were the subject of Zhao's motion to compel arbitration have been dismissed with prejudice, and this appeal has become moot. *See Gen. Land Office of State of Tex. v. Oxy, U.S.A., Inc.*, 789 S.W.2d 569, 571 (Tex. 1990); *Deep Water Slender Wells, Ltd. v. Shell Int'l Expl. & Prod., Inc.*, 234 S.W.3d 679, 695–96 (Tex. App.—Houston [14th Dist.] 2007, pet. denied).

No party has sought to dismiss this appeal. We have given the parties ten days' notice of our intent to dismiss this appeal for want of subject-matter jurisdiction due to mootness. *See* Tex. R. App. P. 42.3. No party has filed a response showing that this appeal is not moot. We dismiss the appeal as moot.


PER CURIAM


Panel consists of Justices Spain, Poissant, and Wilson.